# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**LARRY CONLEY,** *et al.*,

     **Plaintiffs,**

     **v.**
                               **Case Number 2:24-cv-2078**
                                      **JUDGE EDMUND A. SARGUS, JR.**

**THERMO FISHER SCIENTIFIC,**       **Magistrate Judge S. Courter M. Shimeall**
**(ASHEVILLE) LLC,**

     **Defendant.**

## <u>ORDER</u>

     This matter came before the Court for a settlement conference. (ECF Nos. 34, 35, 37, 39.) The Parties reached a settlement and have agreed to the material terms of a settlement agreement. As such, the trial date and corresponding deadlines in this case are **VACATED**. (ECF No. 30.) The Parties are **INSTRUCTED** to file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41 **within 30 days** from the date of this Order. The Court **DENIES AS MOOT** the Motion for Summary Judgment filed by Defendant Thermo Fisher Scientific (Asheville) LLC. (ECF No. 26.)

     This case remains open.

     **IT IS SO ORDERED.**

**3/25/2026**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**